IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| K.H. and V.H., Individually and as Next Friends of S.H., a minor, *Plaintiffs*, | § § § § | |
| v. | § § | Civil Action No. 1:23-cv-00451 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, GREEN DOT PUBLIC SCHOOLS SOUTHEAST TEXAS, and KELLY SERVICES, INC. *Defendants.* | § § § § § § | |

**DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT'S
NOTICE OF REMOVAL**

Defendant Beaumont Independent School District ("Beaumont ISD" or the "District") files its Notice of Removal, as follows:

**I.
PROCEDURAL HISTORY**

1. On November 9, 2023, Plaintiffs K.H. and V.H., individually and on behalf of their child, S.H., filed a lawsuit alleging that S.H. had been sexually assaulted and sexually harassed by a teacher: Cause No. 23DCCV1720, *K.H. and V.H., Individually and as Next Friends of S.H., a minor v. Beaumont Independent School District, Green Dot Public Schools Southeast Texas, and Kelly Services, Inc.* (the "State Court Lawsuit"). [*See* Appendix at Exhibit 1]. This cause of action is currently pending in the 136th Judicial District Court of Jefferson County, Texas, located at 1085 Pearl Street, Beaumont, Texas 77701.

2. The petition in the State Court Lawsuit asserts causes of action arising under federal law, including 20 U.S.C. § 1681, *i.e.*, Title IX of the Education Amendments of 1972. [*Id.* at Exhibit 1 ¶ 33].

3. The District was served with a copy of Plaintiffs' petition and citation on November 13, 2023. [*Id.* at Exhibit 3]. The District filed its Answer on December 1, 2023. [*Id.* at Exhibit 5].

4.   Defendant Kelly Services, Inc. ("Kelly Services") was served on November 16, 2023. [*Id.* at Exhibit 4]. Kelly Services filed its Answer on December 11, 2023. [*Id.* at Exhibit 7]. Kelly Services consents to removal. [*Id.* at Exhibit 8].

5.   The docket does not reflect service on Defendant Green Dot Public Schools Southeast Texas ("Green Dot"), but Green Dot filed its Answer on December 8, 2023. [*See id.* at Exhibits 2, 6]. Green Dot consents to removal. [*Id.* at Exhibit 9].

6.   Plaintiffs requested a jury trial in their petition. [*Id.* at Exhibit 1]. Green Dot requested a jury trial in its Original Answer. [*Id.* at Exhibit 6].

## II.
### GROUNDS FOR REMOVAL

7.   Because Plaintiffs allege violations of federal law in their petition, the District removes this case on the basis of federal question jurisdiction in accordance with 28 U.S.C. §§ 1331, 1441(a), and 1446.

8.   This Notice of Removal is timely filed as required by 28 U.S.C. § 1446(b) because it is being filed less than 30 days after receipt of the Petition. As noted above, Beaumont ISD received a copy of the State Court Lawsuit on November 13, 2023. [*See* Appendix at Exhibit 3].

9.   The District is also entitled to remove any claims in the State Court Lawsuit arising under state law because, in any civil action in which the district court has original jurisdiction, it also has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy[.]" 28 U.S.C. § 1367(a). Plaintiffs' state law negligence claims are based on the same nucleus of facts that form the basis of their federal claims. Consequently, the claims are so related and identical that they form part of the same case or controversy, and the exercise of supplemental jurisdiction under § 1367 is proper.

10.   Venue is proper in the Eastern District of Texas under 28 U.S.C. § 1441(a) because the state court where the suit is pending is located in this District.

11. All Defendants consent to removal. [*See* Appendix at Exhibits 8–9].

12. The District will promptly file a copy of this Notice of Removal, as an attachment to a Notice of Filing of Notice of Removal, with the clerk of the state court where the action has been pending.

## III.
## STATE COURT FILINGS

13. In accordance with 28 U.S.C. § 1446(a) and Local Rule 81, copies of the following items are attached to this Notice: (1) all executed process in the case, if any; (2) pleadings asserting causes of action and all answers to such pleadings; (3) all orders signed by the state judge, if any; (4) the docket sheet; (5) an index of matters being filed; and (6) a list of all counsel of record, including addresses, telephone numbers, bar numbers, and parties represented. *See* Appendix.

## IV.
## CONCLUSION AND PRAYER

For these reasons, Defendant Beaumont Independent School District requests that this matter be removed to federal court, and prays that it be awarded all such other and further relief to which it has shown itself entitled.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Stephanie A. Hamm
Stephanie A. Hamm
State Bar No. 24069841
shamm@thompsonhorton.com
Alexa Gould
Texas Bar No. 24109940
agould@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6714
Facsimile: (713) 583-8884

**ATTORNEYS FOR DEFENDANT BEAUMONT INDEPENDENT SCHOOL DISTRICT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I have conferred with counsel for Defendants Green Dot Public Schools Southeast Texas and Kelly Services, Inc., and that all Defendants consent to removal of this case to federal court.

/s/ Stephanie A. Hamm
Stephanie A. Hamm

**CERTIFICATE OF SERVICE**

On December 12, 2023, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Eastern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Stephanie A. Hamm
Stephanie A. Hamm